No. 02A564.  GREEN *v.* BENDEN ET AL.  C. A. 7th Cir.  Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 02A605.  BUTLER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–2336.  IN RE DISCIPLINE OF KLIMOW.  Sergei Nicholas Klimow, of Upland, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2337.  IN RE DISCIPLINE OF PULLEY.  Arthur L. Pulley, of New Rochelle, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2338.  IN RE DISCIPLINE OF REIS.  Agostinho Dias Reis, of Newark, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2339.  IN RE DISCIPLINE OF HALL.  Harold A. Hall, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.